# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALBERTO CARLOS ALFARO IZA,

      Petitioner

v.

JEFF SESSIONS, et al.,

      Respondents

Case No.: 2:18-cv-02143-KJD-PAL

**ORDER**

On October 24, 2018, the court dismissed Alberto Carlos Alfaro Iza's 28 U.S.C. § 2241 habeas corpus petition without prejudice for failure to file an application to proceed in forma pauperis or pay the filing fee (2:18-cv-01667-GMN-CWH, ECF No. 3). The court further noted that, while unclear, it appeared that that petition might have also been subject to dismissal for lack of jurisdiction. The court directed that if Iza wished to pursue a petition in this court, he must file a new petition setting forth specific allegations regarding any removal proceedings against him and the basis for his citizenship claim and also must submit an application to proceed in forma pauperis or pay the filing fee.

Instead, Iza only submitted a new application to proceed in forma pauperis under this new case number with no petition. This is insufficient to open a habeas action. Thus, this case is dismissed without prejudice as improperly commenced.

Once again, if Iza wishes to pursue a petition in this court, he must submit an application to proceed in forma pauperis or pay the $5.00 filing fee in a new case with a new case number. He must also submit—in that new case—a petition that sets forth specific allegations regarding any removal proceedings against him and the basis for his citizenship claim.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed in forma pauperis or the filing fee.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED,** as reasonable jurists would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner two copies of an application form to proceed in forma pauperis for incarcerated persons with instructions.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated: February 28, 2019

_____
KENT J. DAWSON
U.S. DISTRICT JUDGE